IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CYRUS SPURLINO, an individual,<br><br>  Plaintiff,<br>v.<br><br>HOLCIM (US) INC., a Delaware corporation; ASH GROVE CEMENT COMPANY, a Delaware corporation; and JOHN DOES I-V,<br><br>  Defendants. | **ORDER FOLLOWING<br>ORAL RULING**<br><br>Case No. 2:13-CV-00432<br><br>District Judge Robert J. Shelby |

On March 18, 2014, the court heard oral argument on Defendants' Motion to Dismiss Plaintiff's Amended Complaint. (Dkt. 30.) For the reasons stated on the record during the hearing, the court **GRANTS IN PART** the motion and **DISMISSES** with prejudice the claims that arise under the Sherman Antitrust Act or Robinson-Patman Act. The court declines to exercise jurisdiction over the remaining state law claims. Each party shall bear its costs and fees. The court orders the Clerk of Court to close the case.

DATED this 28th day of March, 2014.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge